IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN HOANG,<br><br>        Debtor.<br>_____/<br><br>JOHN HOANG,<br><br>        Plaintiff(s),<br>  v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et. al.,<br><br>        Defendant(s).<br>_____/ | CASE NO. 5:14-cv-02380 EJD<br><br>(Bankr. N.D. Cal. (San Jose), Case No. 11-55197 ASW)<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

     Having determined this action was incorrectly assigned under the terms of General Order 44, the court orders the Clerk to reassign this action to Judge Beth Labson Freeman as matters arising from the same underlying bankruptcy case are already pending, or have been pending, before Judge Freeman.[1]  See Case No. 5:14-cv-02354 BLF.

**IT IS SO ORDERED.**

Dated:  May 23, 2014

                                          EDWARD J. DAVILA
                                          United States District Judge

---

[1] Section (D)(7) of General Order 44 states: "Notwithstanding any other provision of the assignment plan, the Clerk shall assign a bankruptcy matter to the same judge who was assigned any previously filed bankruptcy matter arising from the same case in the United States Bankruptcy Court."

*United States District Court*
*For the Northern District of California*