United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE JOHN HOANG,<br><br>Debtor. | Case No. 14-cv-02354-BLF |
| IN RE JOHN HOANG,<br><br>Debtor. | Case No. 14-cv-02380-BLF<br><br>**ORDER DISMISSING ACTIONS** |

On September 18, 2015, the Court issued an Order to Show Cause in each of the above-captioned actions directing the parties to show cause, in writing and on or before October 16, 2015, why the actions should not be closed. *See* Order to Show Cause, ECF 3 in Case No. 14-cv-02354-BLF; Order to Show Cause, ECF 4 in Case No. 14-cv-02380-BLF. In the Order to Show Cause, the Court noted that both of the above-captioned actions were opened when defendants ("Moving Parties") in an adversary proceeding then-pending in the Bankruptcy Court moved to withdraw the reference of the adversary proceeding. *See id.* While Moving Parties' motions to withdraw the reference were pending before this Court, the Bankruptcy Court dismissed the adversary complaint for failure to state a claim upon which relief could be granted and dismissed the adversary proceeding in its entirety. *See id.* In light of the Bankruptcy Court's dismissal of

1   the underlying adversary proceeding and Moving Parties' failure to prosecute their motions to
2   withdraw the reference, the Court terminated the motions to withdraw the reference and issued the
3   Order to Show Cause referenced above.  No party has responded to the Order to Show Cause and
4   the deadline for response has passed.
5   Accordingly, the above-captioned actions are hereby DISMISSED.  The actions have been
6   mooted by the Bankruptcy Court's dismissal of the underlying adversary proceeding.  Moreover,
7   Moving Parties have failed to prosecute the actions and have failed to comply with this Court's
8   Order to Show Cause.  *See* Fed. R. Civ. P. 41(b) (permitting dismissal for failure to comply with a
9   court order).

**IT IS SO ORDERED.**

Dated:  October 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2